IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RAYMOND JIMENEZ | § | |
| VS. | § | CIVIL ACTION NO.  9:19cv83 |
| TOVI P. BUTCHER, ET AL. | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Raymond Jimenez, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Defendants Castleberry and Butcher have filed separate motions to dismiss.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections to the Report and Recommendation were filed by the parties.

### ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**.  The motions to dismiss (doc. no. 37 and doc. no. 52) are **GRANTED**.  Defendants Castleberry and Butcher are dismissed from this lawsuit.

**SIGNED** this the 16 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge